UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VINCENT EDWARD TURNER,

Plaintiff,

v.

CONNIE S. BISBEE, *et al.*,

Defendants.

Case No.  3:17-cv-00541-MMD-CBC

ORDER

Plaintiff, a *pro se* prisoner, moves to voluntarily dismiss his civil action brought pursuant to 42 U.S.C. § 1983. (ECF No. 7.) Plaintiff filed a first amended complaint after the Court issued a screening order granting him leave to amend. (ECF Nos. 3, 6.) The Court has not yet screened the first amended complaint.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court will grant Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

It is therefore ordered that Plaintiff's motion for voluntary dismissal (ECF No. 7) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 22nd day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE